# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Stacy Lynn Klama** DOB: 1982; United States | DOCKET NO.<br>19-02227MJ<br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 26, 2019, at or near Naco, in the District of Arizona, **Stacy Lynn Klama**, knowing or in reckless disregard that certain aliens, including Filberto Hernandez-Correo and Arturo Hernandez-Carrillo, had come to, entered, and remained in the United States in violation of law, did intentionally attempt to transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 26, 2019, at or near Naco, in the District of Arizona, United States Border Patrol Agents (BPA) observed two suspected illegal aliens running towards a green 1999 Buick Regal. The subjects were wearing camouflage clothing and were running hard towards the Regal about ten yards away. There were no other vehicles in the area. BPA made contact with the subjects and they were wet and muddy. BPA determined that both subjects were in the United States illegally. The Regal made a U-turn and started traveling westbound on HWY92. Record checks revealed that the vehicle was registered to **Stacy Lynn Klama** with an address in Phoenix. BPA caught up to the vehicle and conducted a vehicle stop. The driver was identified as **Klama**, a United States Citizen. No other illegal aliens or contraband were found within the vehicle.

BPA requested consent to search **Klama**'s phone and its contents, **Klama** agreed. BPA observed messages of her intent to pick up subjects and a video of the two illegal aliens arrested. Also, a message asking if she had picked up the subjects and instructions on where to pick up more subjects.

Material witnesses Filberto Hernandez-Correo and Arturo Hernandez-Carrillo stated that they had made arrangements to be smuggled into the United States for money. Arturo Hernandez stated he crossed the International Boundary Fence with his brother. Arturo Hernandez stated that they were guided via cellphone. Arturo Hernandez stated that he received a phone call informing him that an American girl driving a green sedan was on her way to pick them up. Filberto Hernandez stated that his bother shouted "This is it, that's our ride." Arturo Hernandez stated that when they approached the green vehicle, he observed a BPA unit driving towards them. Arturo Hernandez stated that the vehicle drove off without them.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Filberto Hernandez-Correo and Arturo Hernandez-Carrillo

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JW/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>August 27, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54